**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael J. PAVLOCK, Defendant–**
**Appellant.**

No. 14–7613.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Michael J. Pavlock, Appellant Pro Se. Andrew R. Cogar, Shawn Angus Morgan, Assistant United States Attorneys, Clarksburg, West Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Pavlock appeals the district court's orders denying his third motion for an extension of time to respond to the Government's motion for a final order of forfeiture, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pavlock*, No. 1:10–cr–00007–IMK–RWT–1 (N.D.W.Va. Sept. 10, 2014; Sept. 15, 2014; Oct. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*